# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| SPINE AND SPORTS CIROPRACTIC, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | Civil Action No.: 3:13-cv-489-TBR<br><br>Hon. Thomas B. Russell |
| Plaintiff, | ) ) | **PLAINTIFF SPINE AND SPORTS CHIROPRACTIC, INC.'S MOTION FOR AWARD OF ATTORNEY FEES** |
| v. | ) ) | |
| ZIRMED, INC. and JOHN DOES 1-10, | ) ) | |
| Defendants. | ) | |

Pursuant to Rule 23 and 54 of the Federal Rules of Civil Procedure, Plaintiff Spine & Sports Chiropractic, Inc. respectfully submits this Motion for Award of Attorney Fees. The Motion is supported by the separately-filed Memorandum in Support.

Respectfully submitted,

*/s/ Matthew Stubbs*
George D. Jonson (80926)
Matthew E. Stubbs (90759)
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street
Cincinnati, OH 45202
513-241-4722
513-241-8775 (fax)
Email: gjonson@mrjlaw.com
        mstubbs@mrjlaw.com

And

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
847-368-1500
847-368-1501 (fax)

*Counsel for Plaintiff Spine & Sports Chiropractic
and the Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Matthew E. Stubbs*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Matthew E. Stubbs*